AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

### UNITED STATES OF AMERICA

v.

### SYLVAN D. ABNEY

# CRIMINAL COMPLAINT

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ___July 10, 2007___ in ___WASHINGTON___ county, in the

_____ District of ___COLUMBIA___ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___.

I further state that I am ___OFFICER JAMES KEARNEY___, and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant
**OFFICER JAMES KEARNEY**
**FOURTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at    ___Washington, D.C.___
Date                                                      City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## STATEMENT OF FACTS

On July 10, 2007, sworn officers with the Metropolitan Police Department conducted a traffic stop in the 500 block of Nicholson Street, N.E., Washington, D.C. During the course of the traffic stop, officers asked the defendant, Sylvan Abney, for his driver's license, registration and proof of insurance. The defendant opened the center console and the officer standing on the front passenger side of the car, saw a clear plastic containing a white rock-like substance protruding from the center console. The officer believed the white rock substance to be crack cocaine. The defendant was then removed from the vehicle. Officers recovered a clear plastic bag containing a white rock-like substance from the center console of the vehicle. A portion of the white rock-like substance field tested positive for cocaine. Further search of the vehicle revealed a loaded Lorcin .380 caliber handgun underneath the front passenger's seat of the vehicle. The approximate weight of the white rock-like substance is 68.2 grams which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER JAMES KEARNEY
FOURTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JULY, 2007.

_____
U.S. MAGISTRATE JUDGE